FILED

2020 Dec-11 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Alabama

| | | |
|---|---|---|
| KIMBERLY MCGUIGAN & BRITTNEY RICHES | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  5:20-cv-01989-HNJ |
| THE HEALTHCARE AUTHORITY OF THE CITY OF HUNTSVILLE (d/b/a HUNTSVILLE HOSPITAL HEALTH SYSTEM) | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE HEALTHCARE AUTHORITY OF THE CITY OF HUNTSVILLE (d/b/a HUNTSVILLE HOSPITAL HEALTH SYSTEM)
101 SIVLEY ROAD, HUNTSVILLE, AL 35801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TERI R. MASTANDO, ESQ.,
D. ANTHONY MASTANDO, ESQ.,
MASTANDO & ARTRIP, LLC,
301 WASHINGTON STREET SW, SUITE 302,
HUNTSVILLE, AL 35801.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date:       12/11/2020

*Signature of Clerk or Deputy Clerk*